# EXHIBIT B



## Service of Process Transmittal Summary

**TO:**    Viraj Telang
LYFT, INC.
185 BERRY ST STE 400
SAN FRANCISCO, CA 94107-1725

**RE:**    **Process Served in District of Columbia**

**FOR:**   Lyft, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JANE DOE // To: Lyft, Inc. |
| **DOCUMENT(S) SERVED:** | Motion, Certificate, Order, Exhibit(s) |
| **COURT/AGENCY:** | District of Columbia - U.S. Supreme Court, DC<br>Case # 2023CAB002577 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE UPON DEFENDANT NAOUFAL JELLALI |
| **PROCESS SERVED ON:** | C T Corporation System, Washington, DC |
| **DATE/METHOD OF SERVICE:** | By Non-Traceable Mail on 06/29/2023 postmarked on 06/26/2023 |
| **JURISDICTION SERVED:** | District of Columbia |
| **APPEARANCE OR ANSWER DUE:** | 08/25/2023 (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Joseph Cammarata<br>CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.<br>1232 17th St. NW<br>Washington, DC 20036<br>202-659-8600 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/30/2023, Expected Purge Date: 07/05/2023 |

Image SOP

Email Notification,  John Pellegrini  jpellegrini@lyft.com

Email Notification,  Viraj Telang  virajt@lyft.com

Email Notification,  Christopher Youngblood  cyoungblood@lyft.com

Email Notification,  Eboni James  ebonijames@lyft.com

Email Notification,  Ty Lim  legalbilling@lyft.com

Email Notification,  Devin Armstrong  devina@lyft.com

Email Notification,  Legal Sop  legal-sop@lyft.com

Email Notification,  Zermani Kadiam  zkadiam@lyft.com

 ®Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
06/29/2023
CT Log Number 544188424

**REGISTERED AGENT CONTACT:**     C T Corporation System
1015 15th Street, NW
Suite 1000
Washington, DC 20005
877-564-7529
MajorAccountTeam2@wolterskluwer.com

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED | DATE/METHOD OF SERVICE | TO | LOG NUMBER |
|---|---|---|---|
| Summons, Order, Attachment(s), Complaint, Jury Demand, Information Sheet, Motion, Certificate, Exhibit(s) | By Process Server on 06/21/2023 | Viraj Telang LYFT, INC. | 544121190 |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



**CHAIKIN**

**SHERMAN**

**CAMMARATA**

**SIEGEL   P.C.**

1232 Seventeenth Street, N.W.
Washington, D.C. 20036

Attorneys at Law

CAPITAL DISTRICT US POSTAGE ᵃⁿᵈ PITNEY BOWES
27 JUN 2023

ZIP 20036
02 4W                $ 001.08⁰
0000374232 JUN 26 2023

LYFT, INC.
c/o CT Corporation System
105 15th Street NW Suite 1000
Washington, D.C. 20005

20005-999955

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JANE DOE                                    :
                                            :
        Plaintiff,                          :
                                            :
                                            : **Case No. 2023-CAB-002577**
            v.                              : Judge Yvonne Williams
                                            :
LYFT, INC., et al.                          : **Next Event: ISC**
                                            : August 18, 2023, 9:30 AM
        Defendants.                         :
_____  :

## PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE UPON DEFENDANT NAOUFAL JELLALI

COMES NOW Plaintiff Jane Doe, by and through her counsel, Joseph Cammarata, Esq., Kayann S. Chambers, Esq., and the law firm of Chaikin Sherman Cammarata & Siegel, P.C., pursuant to Superior Court Civil Procedure Rule 4(m), and respectfully requests that the Court extend the time for service by an additional sixty (60) days to effect service upon Defendant Naoufal Jellali, given that Plaintiff has been unable to locate and serve Defendant despite good faith efforts. In further support thereof, Plaintiff states as follows:

1.   This case arises out of an April 30, 2022, incident where Co-Defendant Naoufal Jellali, a Lyft driver, and employee, agent, and/or servant of Defendant Lyft Inc., sexually exploited and assaulted Plaintiff during the course of a rideshare ride.

2.    Plaintiff   filed   suit   against   the   Defendants   on April 27, 2023. Accordingly, as of now the deadline to file proof of service is the date of the filing of this Motion, June 26, 2023.

3.    On June 26, 2023, Plaintiff filed proof of service upon Defendant Lyft Inc.

4.    However, Plaintiff's efforts to serve Defendant Jellali have thus far been unavailing.

5.    Plaintiff's process server has visited Skyline Plaza Condo where Defendant Jellali was last known to reside, but discovered that the unit is no longer occupied by Defendant Jellali. *See* Exhibit 1, Affidavit of Attempted Service. The current resident of the unit stated that no such person resides therein, that he did not know Defendant Jellali, and that the current resident had lived in the unit for thirteen years. *Id*. Moreover, the engraved name plate affixed on both North and South 2201 units of Skyline Plaza Condo does not bear the name of Defendant Jellali. *Id*.

6.    Additionally,   Plaintiff's   process   server   conducted interviews with the building's employees, who confirmed that Defendant Jellali was not currently registered as a resident of the residential building. *Id*.

2

7.    Plaintiff's process server then investigated Defendant Jellali through all relevant database systems and used a proprietary database to attempt to find other addresses and contact information for Defendant Jellali, but no other viable address at which to serve the Defendant was found. *Id.*

8.    Attempts to reach the Defendant on his cellular phone were unsuccessful and Defendant Jellali has not returned the process server's call. *Id.*

9.    Further, Plaintiff's counsel contacted the investigating detective in the criminal sexual assault case to attempt to find contact information for Defendant Jellali to no avail. *See* Exhibit 2, Email to Detective Ivory Jenkins.

10.   In light of Plaintiff's substantial good faith efforts to serve Defendant Jellali, Plaintiff requests that the Court extend the time for service by sixty (60) days, pursuant to Sup. Ct. R. 4(b)(3), so that Plaintiff may continue to attempt to effect service upon Defendant Jellali.

WHEREFORE, Plaintiff Jane Doe respectfully requests that the Court allow Plaintiff an additional sixty (60) days (until Friday, August 25, 2023) to serve process and file proof of service upon Defendant Naoufal Jellali.

3

Respectfully submitted,

**CHAIKIN, SHERMAN,**
    **CAMMARATA & SIEGEL, P.C.**

_____
Kayann S. Chambers
DC Bar No. 241462
Joseph Cammarata
DC Bar No. 389254
1232 17th Street, N.W.
Washington, DC 20036
Tel: (202) 659-8600
Fax: (202) 659-8680
joe@dc-law.net
chambers@dc-law.net
Attorneys for Plaintiff

## RULE 12-I CERTIFICATION

Plaintiff was unable to obtain consent of the Defendants since the Defendants have not entered an appearance in this case.

_____
Kayann S. Chambers

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion to Extend Time for Service Upon Defendant Naoufal Jellali, will be served upon Defendant Naoufal Jellali along with process.

I further certify that on this 26th day of June, 2023, a copy of the foregoing Motion to Extend the Time for Service Upon Defendant Naoufal Jellali, was mailed, first-class, postage prepaid to:

LYFT, INC.
c/o CT Corporation System
105 15th Street NW Suite 1000
Washington, D.C. 20005

Kayann S. Chambers

5

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JANE DOE          :
             :
  Plaintiff,      :
             : **Case No. 2023-CAB-002577**
    v.       : Judge Yvonne Williams
             :
LYFT, INC., **et al**.     : **Next Event: ISC**
             : August 18, 2023, 9:30 AM
  Defendants.     :
_____:

### ORDER

Upon consideration of Plaintiff's Motion to Extend the Time for Service Upon Defendant Naoufal Jellali, it is this _____ day of July, 2023;

**ORDERED**, that Plaintiffs' Motion to Extend the Time for Service Upon Defendant Naoufal Jellali is **GRANTED**, and it is further

**ORDERED**, that Plaintiff shall have sixty (60) days from the date of this Order to serve process and file proof of service upon the Defendant Naoufal Jellali.


         _____

         Judge Yvonne Williams

Copies to:

Joseph Cammarata, Esquire
CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.
1232 17th Street, N.W.
Washington, D.C. 20036


LYFT, INC.
c/o CT Corporation System
105 15th Street NW Suite 1000
Washington, D.C. 20005


Naoufal Jellali
3701 S. George Mason Dr.
Unit 2201N,
Falls Church, VA 22041

# AFFIDAVIT OF DILIGENCE

| Case:<br>2023-CAB-<br>002577 | Court:<br>Superior Court of the District of Columbia-Civil<br>Division-Civil Actions Branch | County:<br>District of Columbia, DC | Job:<br>9065515 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Jane Doe | | Defendant / Respondent:<br>Lyft, Inc., et al. | |
| Received by:<br>CPI - Columbia Process and Investigative Services LLC | | For:<br>Chaiken, Sherman, Cammarata, Siegel, PC | |
| To be served upon:<br>Naoufal Jellali | | | |

I, Scott Kucik , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Naoufal Jellali, 3701 S George Mason Dr Unit 2201 N, Falls Church, VA 22041

Manner of Service:

Documents:                   Summons, Complaint, Initial Order, Information Sheet, Plaintiff's Motion for Leave to Proceed Under
                             Pseudonym and to Seal Exhibit A, Exhibits

Additional Comments:
I am a Partner in the company of CPI - Columbia Process and Investigative Services, LLC.

I am a licensed private investigator.

I am the Custodian of Records of CPI.

I am not a party to or otherwise interested in this case.

Beginning on or around June 21, 2023 to date, I, and agents of my office, have made comprehensive efforts, to include comprehensive research and interview/s, in an effort to locate and Serve the Defendant in the above referenced case, Noufali Jellali.

My agent found the referenced address, 3701 S George Mason Dr Unit 2201 N, Falls Church, VA 22041, to comprise an apartment complex with a North and South building. My agent made multiple attempts to Serve the Defendant at both buildings and at both 2201 Units in the complex. On 6/23/23 at 8:55pm, my agent was able to speak with a male occupant at the 2201 N Unit. See notes below:

3701 S. George Mason Dr., Fairfax, VA
Upon arriving to the residence I knocked on the door and a mail resident answered. He said that he has lived at the address for 13 years now, and no one with the subjects name has ever lived with him. He also informed me that he has never receive mail for this person and does not have any forwarding information. He refused to give me his name. The concierge verified that the subject does not live at the address as far as they know.

Additionally, the name plates on both the North and South 2201 Units do not have the Defendants name on them. One plate reads Zhu-Zhang and the other plate reads Rafiq. My agent was uncertain if the Defendant resided with another individual, possibly one of the individuals on the name plate, during her efforts.

Accordingly, my agent conducted additional interviews with employees of the complex and she was informed that the Defendant is not a registered occupant in the complex. Our information is that the Defendant may have recently moved from the complex but that information is not yet confirmed.

Accordingly, research was conducted in an effort to find a viable address and/or an alternate address at which to Serve the Defendant.

My research included but was not limited to: REPORTING ADDRESSES, DRIVERS/VEHICLE REGISTRATIONS, PHONE/CELLULAR PHONE NUMBER REGISTRATIONS, REPORTING EMPLOYMENT INFORMATION, REPORTING RELATIVES/ASSOCIATES, CIVIL AND CRIMINAL RECORDS, VOTING REGISTRATION INFORMATION.

To date, I have been unable to pinpoint and/or confirm a viable address at which to Serve the Defendant. I was able to develop the following phone/cellular phone number reporting as registered to the Defendant: 929 424 9641. I have been unable to speak with the Defendant when I have called the number. The answering recording on the phone states: "THIS IS NAOUFAL JELLALI". I have left a message with the number asking the Defendant to call me but I have not received a return call from the Defendant yet.

PLAINTIFF'S
EXHIBIT
1

SEE SUPPORTING DOCUMENTS/PHOTOGRAPHS ATTACHED

We continue in our efforts to locate and Serve the Defendant.

I solemnly declare and affirm under the penalty of perjury that the contents within are true to the best of my knowledge, information, and belief.

6 - 2 6, 23

Scott Kucik                                    Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015

6/26/23, 1:24 PM                                                    image1.jpeg



RAFIQ



ZHU - ZHang



| From: | Kayann Chambers |
|---|---|
| To: | "Ivory.Jenkins@dc.gov" |
| Date: | Monday, June 26, 2023 2:53:37 PM |
| Attachments: | Offense_Incident_Sex Abuse- Misd___DCC 22DC3006 (003)-.pdf |

Detective Jenkins:

My name is Kayann Chambers, and our firm represent the reporting party in the underlining civil case.

I am reaching out to respectfully request assistance in obtaining contact information for Defendant Naoufal Jellali. I kindly request your cooperation in providing the defendant's current contact details, including residential address, phone number, and any other relevant information that could aid us in establishing contact. I assure you that this information will be used solely for the purpose of advancing the legal proceedings.

I genuinely appreciate your attention to this matter and your ongoing dedication to ensuring a fair and thorough criminal investigation. Please feel free to contact me if you have any questions or require further information.



PLAINTIFF'S EXHIBIT 2