IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE<br>c/o Chaikin, Sherman, Cammarata & Siegel, P.C.<br>1232 17th Street, NW<br>Washington, D.C. 20036<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>LYFT, INC.<br>185 Berry Street, Ste. 5000<br>San Francisco, CA 94107<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-2006<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT LYFT, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL CIVIL RULE 26.1 CERTIFICATION**

I, the undersigned counsel of record for Defendant Lyft, Inc. ("Lyft"), pursuant to Fed. R. Civ. P. 7.1, certify to the best of my knowledge and belief that Lyft, Inc. is a publicly held corporation traded on the Nasdaq Global Select Market with no parent corporation. No publicly held corporation or entity owns ten percent or more of Lyft, Inc.'s outstanding common stock. Lyft, Inc. is incorporated in Delaware and maintains its principal place of business in California.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 12, 2023                                    Respectfully submitted,

                                                        */s/ Denise E. Giraudo*
                                                        Denise E. Giraudo (DC Bar No. 499348)
                                                        Christopher R. Williams (DC Bar No. 1048020)
                                                        Sheppard Mullin Richter & Hampton LLP
                                                        2099 Pennsylvania Avenue, NW, Suite 100
                                                        Washington, D.C.  20006-6801
                                                        Telephone: (202) 747-1906
                                                        Facsimile:  (202) 747-3933
                                                        dgiraudo@sheppardmullin.com
                                                        cwilliams@sheppardmullin.com

                                                        *Counsel for Defendant Lyft, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2023, a copy of the foregoing was served via email on the following:

                                Joseph Cammarata
                                Kayann S. Chambers
                                Chaikin, Sherman, Cammarata & Siegel, P.C.
                                1232 17th Street, N.W.
                                Washington, D.C. 20036
                                T: 202.659.8600
                                joe@dc-law.net
                                chambers@dc-law.net

                                *Counsel for Plaintiff*

                                                        */s/ Denise E. Giraudo*
                                                        Denise Giraudo