UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:23-cv-02006-APM |
| | ) |
| LYFT, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S CONSENT MOTION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE**

Plaintiff, Jane Doe, by and through her attorneys, Joseph Cammarata, Esquire, Kayann S. Chambers, Esquire, and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., hereby files this Consent Motion to Continue the September 12, 2023 Initial Scheduling Conference, and as reasons therefor states as follows:

1. The Court issued an Initial Scheduling Conference Order scheduling an Initial Scheduling Conference for September 12, 2023, at 9:00 a.m.

2. On the date set for the Initial Scheduling Conference, Plaintiff's counsel will be in a three-day jury trial beginning on September 11, 2023, in the matter of Marcella Odom v. Postmates, LLC, et al., pending in the Circuit Court for Prince George's County, Maryland, Case No. CAL21-10303.

3. Accordingly, Plaintiff seeks to continue the Initial Scheduling Conference.

4. Defendant Lyft, Inc. consents to this Motion. Defendant Jellali has not been served.

5. The parties are available on the following dates for an Initial Scheduling Conference: September 18, 2023, at 9:00 a.m., and September 19, 2023, at 9:00 a.m.

6. Plaintiff's request to continue the Initial Scheduling Conference date is not for purposes of delay and will not prejudice any of the parties.

WHEREFORE, Plaintiff respectfully requests that the Court issue an Order granting Plaintiff's Request to Continue the Initial Scheduling Conference in this matter.

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**

Joseph Cammarata
DC Bar No. 389254
Kayann S. Chambers
DC Bar No. 241462
1232 Seventeenth Street, N.W.
Washington, DC 20036
Tel: (202) 659-8600
Fax: (202) 659-8680
joe@dc-law.net
chambers@dc-law.net
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Consent Motion to Continue Initial Scheduling Conference was served via CM/ECF, this 18th day of August, 2023, upon:

Denise E. Giraudo, Esq.
Christopher R. Williams, Esq.
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
dgiraudo@sheppardmullin.com
CWilliams@sheppardmullin.com

                                    _____
                                    Joseph Cammarata

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

JANE DOE,                                  )
                                           )
        Plaintiff,                         )
                                           )
        vs.                                ) Case No. 1:23-cv-02006-APM
                                           )
LYFT, INC., et al.,                        )
                                           )
        Defendants.                        )
_____)

## ORDER

Upon consideration of Plaintiff's Consent Motion to Continue the Initial Scheduling Conference, it is this _____ day of _____, 2023, hereby,

**ORDERED**, that the Consent Motion to Continue the Initial Scheduling Conference, and the same hereby is, **GRANTED**; and it is further,

**ORDERED**, that the Initial Scheduling Conference is continued to _____, 2023.

                                        _____
                                        U.S. DISTRICT COURT JUDGE

4

cc:

Joseph Cammarata, Esq.
Kayann S. Chambers, Esq.
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 Seventeenth Street, N.W.
Washington, DC 20036
Joe@dc-law.net
Chambers@dc-law.net

Denise E. Giraudo, Esq.
Christopher R. Williams, Esq.
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
dgiraudo@sheppardmullin.com
CWilliams@sheppardmullin.com