**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|       vs. | )Civil No. 1:23-cv-02006-APM |
| | ) |
| LYFT, INC., <u>et al</u>., | ) |
| | ) |
|       Defendant. | ) |
| _____ | ) |

## <u>PLAINTIFF'S CONSENT MOTION TO EXTEND TIME FOR SERVICE UPON DEFENDANT NAOUFAL JELLALI</u>

COMES NOW Plaintiff Jane Doe, by and through her counsel, Joseph Cammarata, Esq., Kayann S. Chambers, Esq., and the law firm of Chaikin Sherman Cammarata & Siegel, P.C., pursuant to FRCP Rule 4(m), respectfully requests that the Court extend the time for service by an additional sixty (60) days to effect service upon Defendant Naoufal Jellali, given that Plaintiff has been unable to locate and serve Defendant despite good faith efforts. In further support thereof, Plaintiff states as follows:

1.   This case arises out of an April 30, 2022, incident where Co-Defendant Naoufal Jellali, a Lyft driver, and employee, agent, and/or servant of Defendant Lyft Inc., sexually exploited and assaulted Plaintiff during the course of a rideshare ride.

2.   Plaintiff filed suit against the Defendants on April 27, 2023.

3.    On June 26, 2023, Plaintiff filed proof of service upon Defendant Lyft Inc.

4.    However, Plaintiff's efforts to serve Defendant Jellali have thus far been unavailing.

5.    Plaintiff's process server visited Skyline Plaza Condo (3701 S. George Mason Dr. Apt. 2201 North, Falls Church, Virginia 22041), where Defendant Jellali was last known to reside, but discovered that the unit is no longer occupied by Defendant Jellali. *See* Exhibit 1, Affidavit of Diligence. The current resident of the unit stated that no such person resides therein, that he did not know Defendant Jellali, and that the current resident had lived in the unit for thirteen years. *Id.* Moreover, the engraved name plate affixed on both North and South 2201 units of Skyline Plaza Condo does not bear the name of Defendant Jellali. *Id.*

6.    Plaintiff's process server also conducted interviews with the building's employees, who confirmed Defendant Jellali was not currently registered as a resident of the residential building. *Id.*

7.    Plaintiff's process server then investigated the address of Defendant Jellali through all relevant database systems and used a proprietary database to attempt to find other addresses and contact information for Defendant Jellali, but no

other viable address at which to serve the Defendant was found. *Id.*

8.   Attempts to reach Defendant Jellali on his cellular phone were unsuccessful and Defendant Jellali has not returned the process server's call. *Id.*

9.   As a result, on June 26, 2023, Plaintiff filed a Motion to Extend Time for Service Upon Defendant Naoufal Jellali in the Superior Court of the District of Columbia.

10.  On June 27, 2023, Judge Yvonne Williams of the Superior Court of the District of Columbia granted Plaintiff's Motion to Extend Time for Service Upon Defendant Naoufal Jellali.

11.  On July 12, 2023, the subject case was removed to the United States District Court for The District of Columbia.

12.  Plaintiff's process server continued their search and determined Defendant Jellali is in a state of transition and as a result, it will take time before new data, including an address, is reported to investigative databases.  Exhibit 1.

13.  Further, Plaintiff's counsel engaged the services of an investigation firm, distinct from the company responsible for serving legal documents, that specializes in locating individuals.  This investigative entity was tasked with determining the present location of Defendant Jellali. However, Plaintiff's investigator ascertained that the address previously

3

documented by the Plaintiff as affiliated with Defendant Jellali (3701 S. George Mason Dr. Apt. 2201 North, Falls Church, Virginia 22041), was the only address reported and no other address was found. *See* Exhibit 2, Declaration of Kristina Perry Re: Search. Furthermore, the contact number on record for Defendant Jellali was also confirmed through this investigation, but no other contact number found. *Id.*

14.   As a result, on July 13, 2023, Plaintiff's counsel contacted Defense Counsel for Defendant Lyft Inc., requesting the last known address of their Lyft driver, Defendant Jellali.

15. In addition, on July 26, 2023, Plaintiff's counsel spoke with Detective Ivory Jenkins, the investigating detective in the criminal sexual assault case, and was advised she could not provide the address she had on file for Defendant Jellali due to the ongoing criminal investigation. She further advised she obtained Defendant Jellali's contact information by issuing a subpoena to Defendant Lyft Inc.

16.   On August 15, 2023, after copious follow-up inquiries, Defense Counsel for Defendant Lyft Inc. advised that the address previously documented by the Plaintiff for Defendant Jellali(3701 S. George Mason Dr. Apt. 2201 North, Falls Church, Virginia 22041), was the address Defendant Lyft Inc. has for Defendant Jellali. *See* Exhibit 3, Email from Defense Counsel for Defendant

4

Lyft Inc. As a result, Plaintiff's counsel sought consent to conduct limited discovery to obtain Defendant Jellali's address. *Id.*

17. Further, on Plaintiff's counsel discovered Defendant Jellali was arrested on August 2, 2023, for allegations of malicious wounding (Case: # GC23004113-00) and destruction of property (Case #: GC23004114-00), but Defendant Jellali was released on bail and is scheduled to return to court on November 3, 2023. As a result, Plaintiff counsel is undergoing efforts to obtain Defendant Jellali's booking documents in an effort to obtain a current address.

18. Despite difficulties in locating Defendant Jellali, Plaintiff and Defendant Lyft Inc. are set for mediation on October 25, 2023, with Hon. Richard A. Levie (Ret.).

19. In light of Plaintiff's substantial good faith efforts to serve Defendant Jellali, Plaintiff requests that the Court extend the time for service by sixty (60) days, pursuant to FRCP 4(b)(3), and issue a summons so that Plaintiff may continue attempts to effectuate service upon Defendant Jellali.

WHEREFORE, Plaintiff Jane Doe respectfully requests that the Court allow Plaintiff an additional sixty (60) days (until Tuesday, October 24, 2023) to serve process and file proof of service upon Defendant Naoufal Jellali.

5

Respectfully submitted,

**CHAIKIN, SHERMAN,**
  **CAMMARATA & SIEGEL, P.C.**

_____
Kayann S. Chambers
DC Bar No. 241462
Joseph Cammarata
DC Bar No. 389254
1232 17th Street, N.W.
Washington, DC 20036
Tel: (202) 659-8600
Fax: (202) 659-8680
joe@dc-law.net
chambers@dc-law.net
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Consent Motion to Extend Time for Service Upon Defendant Naoufal Jellali, will be served upon Defendant Naoufal Jellali along with process.

I further certify that on this 23rd day of August, 2023, a copy of the foregoing Consent Motion to Extend the Time for Service Upon Defendant Lyft, Inc., were served through the Court's Electronic Case Filing system.

_____
Kayann S. Chambers