```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**JANE DOE,**                                      )
                                                   )
      **Plaintiff,**                             )
                                                   )
      vs.                                  ) Civil No. 1:23-cv-02006-APM
                                                   )
**LYFT, INC., et al.,**                            )
                                                   )
      **Defendant.**                             )
_____)

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend the Time for Service Upon Defendant Naoufal Jellali, it is this _____ day of August, 2023;

**ORDERED,** that Plaintiffs' Consent Motion to Extend the Time for Service Upon Defendant Naoufal Jellali is **GRANTED,** and it is further

**ORDERED,** that Plaintiff shall have sixty (60) days from the date of this Order to serve process and file proof of service upon the Defendant Naoufal Jellali.

                                                      _____
                                                      U.S. DISTRICT COURT JUDGE

**Copies to:**

Joseph Cammarata, Esquire
Kayann Chambers, Esquire
CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.
1232 17th Street, N.W.
Washington, D.C. 20036


Christopher R. Williams
SHEPPARDMULLIN
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
CWilliams@sheppardmullin.com