# AFFIDAVIT OF DILIGENCE

| Case: 2023-CAB-002577 | Court: Superior Court of the District of Columbia-Civil Division-Civil Actions Branch | County: District of Columbia, DC | Job: 9065515 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Jane Doe | | **Defendant / Respondent:** Lyft, Inc., et al. | |
| **Received by:** CPI - Columbia Process and Investigative Services LLC | | **For:** Chaiken, Sherman, Cammarata, Siegel, PC | |
| **To be served upon:** Naoufal Jellali | | | |

I, Scott Kucik, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Naoufal Jellali, 3701 S George Mason Dr Unit 2201 N, Falls Church, VA 22041

**Manner of Service:**

**Documents:**  Summons, Complaint, Initial Order, Information Sheet, Plaintiff's Motion for Leave to Proceed Under Pseudonym and to Seal Exhibit A, Exhibits

**Additional Comments:**
I am a Partner in the company of CPI - Columbia Process and Investigative Services, LLC.

I am a licensed private investigator.

I am the Custodian of Records of CPI.

I am not a party to or otherwise interested in this case.

**THIS AFFIDAVIT AUGMENTS A PREVIOUS AFFIDAVIT EXECUTED IN THIS CASE.**

I have conducted additional research through today, August 17, 2023. The Defendant's reported information remains the same. I am in possession of the Defendant's cellular phone number but I have not yet been able to speak with him. Also, I have knowledge that the Defendant was recently arrested and/or criminally charged.

My information is that the Defendant may be in a state of transition and that it can take some time before individuals in this "state" are found and/or new information begins to report to investigative and other databases. I have recently found Defendant's in this transitional state, some after a few weeks and/or months of searching and I am confident we can find and Serve the Defendant.

We continue in our efforts to Serve the Defendant.

NOTES OF PREVIOUS EFFORTS TO LOCATE AND SERVE THE DEFENDANT BELOW.

Beginning on or around June 21, 2023 to date, I, and agents of my office, have made comprehensive efforts, to include comprehensive research and interview/s, in an effort to locate and Serve the Defendant in the above referenced case, Noufali Jellali.

My agent found the referenced address, 3701 S George Mason Dr Unit 2201 N, Falls Church, VA 22041, to comprise an apartment complex with a North and South building. My agent made multiple attempts to Serve the Defendant at both buildings and at both 2201 Units in the complex. On 6/23/23 at 8:55pm, my agent was able to speak with a male occupant at the 2201 N Unit. See notes below:

3701 S. George Mason Dr., Fairfax, VA
Upon arriving to the residence I knocked on the door and a mail resident answered. He said that he has lived at the address for 13 years now, and no one with the subjects name has ever lived with him. He also informed me that he has never receive mail for this person and does not have any forwarding information. He refused to give me his name. The concierge verified that the subject does not live at the address as far as they know.

Additionally, the name plates on both the North and South 2201 Units do not have the Defendants name on them. One plate reads Zhu-Zhang and the other plate reads Rafiq. My agent was uncertain if the Defendant resided with another individual, possibly one of the individuals on the name plate, during her efforts.

EXHIBIT 1

Accordingly, my agent conducted additional interviews with employees of the complex and she was informed that the Defendant is not a registered occupant in the complex. Our information is that the Defendant may have recently moved from the complex but that information is not yet confirmed.

Accordingly, research was conducted in an effort to find a viable address and/or an alternate address at which to Serve the Defendant.

My research included but was not limited to: REPORTING ADDRESSES, DRIVERS/VEHICLE REGISTRATIONS, PHONE/CELLULAR PHONE NUMBER REGISTRATIONS, REPORTING EMPLOYMENT INFORMATION, REPORTING RELATIVES/ASSOCIATES, CIVIL AND CRIMINAL RECORDS, VOTING REGISTRATION INFORMATION.

To date, I have been unable to pinpoint and/or confirm a viable address at which to Serve the Defendant. I was able to develop the following phone/cellular phone number reporting as registered to the Defendant: 929 424 9641. I have been unable to speak with the Defendant when I have called the number. The answering recording on the phone states: "THIS IS NAOUFAL JELLALI". I have left a message with at the number asking the Defendant to call me but I have not received a return call from the Defendant yet.

SEE SUPPORTING DOCUMENTS/PHOTOGRAPHS ATTACHED

We continue in our efforts to locate and Serve the Defendant.

I solemnly declare and affirm under the penalty of perjury that the contents within are true to the best of my knowledge, information, and belief.

_____    8.17.23
Scott Kucik                  Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015