## DECLARATION OF KRISTINA PERRY RE: SEARCH

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil No. 23-cv-02006 (APM)
JANE DOE v. LYFT, INC.,

I, KRISTINA PERRY, hereby declare and state as follows:

1. I am a professional searcher of public record information and not a party to the within action.

2. I have personal knowledge in each of the facts set forth in this Declaration and can testify competently thereto, except as to the matters stated on information and belief, and as to such matters I believe them to be true. On or about July 14, 2023, I received an assignment from Kayann Chambers at Chaikin, Sherman, Cammarata & Siegel to locate Naoufal Jellali, who are necessary and proper parties to this action, to conduct an address search.

3. That shortly thereafter, I initiated said search and commenced efforts to locate said individual through reasonable diligence in the following manner:

4. I was provided with an address for NAOUFAL JELLALI at 3701 S. George Mason Drive Unit 2201, Falls Church, VA 22041.

5. I then ran the Subjects' name on various databases to find a current address and place of employment. Those various databases included IRB Focus, which included, but were not limited to, possible addresses associated with the subject. Various Internet search engines such as Google and Bing were also used.

6. In the course of my search to locate NAOUFAL JELLALI, the above address showed the Subject residing there from March 2022 to April 2023.

7. At the time of conducting my search on confirming a good address for the Subject, on 07/17/2023 I call the Subject at (929) 424-9641 which went straight to voicemail and had the Subject name on the voicemail.

8. During further research I was able to find the Subjects Facebook which indicated that he lives out of the states.

EXHIBIT 2

9. When running the data, there were no other addresses that came back for the Subject.

10. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22 day of August 2023 at Castaic , CA.

_____
KRISTINA PERRY – SR. RESEARCHER
PEOPLEHUNTER