| | |
|---|---|
| **From:** | Christopher Williams |
| **To:** | Joe Cammarata |
| **Cc:** | Kayann Chambers |
| **Date:** | Tuesday, August 15, 2023 4:10:32 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |

Hi Joe,

Any of those alternate dates work for me and we're fine with a motion to postpone the scheduling conference.

The address that Lyft has for the driver is 3701 S. George Mason Dr. Apt. 2201 North, Falls Church, Virginia 22041. I think that's the same address in the complaint, so I'm sorry that it's not helpful. One lead though – he might've just been arrested in Arlington Crime Report: August 3, 2023 – Official Website of Arlington County Virginia Government (arlingtonva.us).

Finally, for mediation, we propose Judge Richard Levie, Judge Joanne Alper, or Ms. Linda Singer as mediators.

Best,
Chris

**Christopher R. Williams** | Associate
+1 202-747-3275 | direct
CWilliams@sheppardmullin.com | Bio

**SheppardMullin**

2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Joe Cammarata <joe@dc-law.net>
**Sent:** Tuesday, August 15, 2023 2:42 PM
**To:** Christopher Williams <CWilliams@sheppardmullin.com>
**Cc:** Kayann Chambers <chambers@dc-law.net>
**Subject:** RE: Doe v. Lyft - Driver's Last known address and contact information.

Chris,

We are in receipt of the Court's Order for Initial Scheduling Conference, setting it for September 12 at 9 a.m. Unfortunately, I have a conflict. I


EXHIBIT 3

intend to file a motion asking for a new date.  In that motion, we have to identify two dates and times for which there is no conflict.  I propose the following: September 18, 19, 20 (p.m.), October 2, 3.  Please advise which of those dates and times will work for you.

Thanks,
Joe



**From:** Joe Cammarata
**Sent:** Tuesday, August 15, 2023 9:02 AM
**To:** Christopher Williams <CWilliams@sheppardmullin.com>
**Cc:** Kayann Chambers <chambers@dc-law.net>
**Subject:** RE: Doe v. Lyft - Driver's Last known address and contact information.

Chris,

Will you consent to extension of 60 days to serve Lyft driver, and to permit limited discovery of Lyft (deposition) to obtain identifying information of Lyft driver? Please let me know your response to each of these questions today.

Thanks,

Joe



**From:** Joe Cammarata <joe@dc-law.net>
**Sent:** Thursday, August 10, 2023 3:50 PM
**To:** Christopher Williams <CWilliams@sheppardmullin.com>
**Cc:** Kayann Chambers <chambers@dc-law.net>; Joe Cammarata <joe@dc-law.net>
**Subject:** Re: Doe v. Lyft - Driver's Last known address and contact information.

Chris,

Thanks for the explanation. However, I do not think there was nay ambiguity that I still needed the driver's information. Please provide it no later than tomorrow. This is not complicated.
Thanks,
Joe


Joseph Cammarata, Esq.
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600

Sent from my iPad

> On Aug 10, 2023, at 3:06 PM, Christopher Williams <CWilliams@sheppardmullin.com> wrote:
>
> Hi Joe,
>
> Based on our conversation and your email on July 27, we were under the impression that you received the driver's information directly from Lyft via other means and didn't need it from us. I thought your reference to it in your August 7th email was in error. My email referenced your proposed mediator, which I am discussing with my client as they may have other potential mediators in mind.
>
> Chris
>
> **Christopher R. Williams** | Associate
> +1 202-747-3275 | direct
> CWilliams@sheppardmullin.com | Bio
>
> **SheppardMullin**
> 2099 Pennsylvania Avenue, NW, Suite 100
> Washington, DC 20006-6801
> +1 202-747-1900 | main
> www.sheppardmullin.com | LinkedIn | Twitter
>
> **From:** Joe Cammarata <joe@dc-law.net>
> **Sent:** Thursday, August 10, 2023 10:03 AM
> **To:** Christopher Williams <CWilliams@sheppardmullin.com>
> **Cc:** Kayann Chambers <chambers@dc-law.net>; Joe Cammarata <joe@dc-law.net>
> **Subject:** Re: Doe v. Lyft - Driver's Last known address and contact information.
>
> Chris,

It is unclear what you are asking for from your client, as I expected based on earlier conversations that you had already asked your client for the driver's information. Please clarify.

If this is the first they are hearing about this request, then I must file a motion for limited discovery, as I noted in an earlier email, and request additional time to serve the driver. Please advise if you consent to this motion.

Thanks,

Joe


Joseph Cammarata, Esq.
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600

Sent from my iPad

> On Aug 10, 2023, at 9:53 AM, Christopher Williams <CWilliams@sheppardmullin.com> wrote:
>
>
> Thanks Joe. I've forwarded this to my client. Aiming to get back to you before the end of the week.
>
> **Christopher R. Williams** | Associate
> +1 202-747-3275 | direct
> CWilliams@sheppardmullin.com | Bio
>
> **SheppardMullin**
> 2099 Pennsylvania Avenue, NW, Suite 100
> Washington, DC 20006-6801
> +1 202-747-1900 | main
> www.sheppardmullin.com | LinkedIn | Twitter
>
> **From:** Joe Cammarata <joe@dc-law.net>
> **Sent:** Monday, August 7, 2023 11:41 AM
> **To:** Christopher Williams <CWilliams@sheppardmullin.com>
> **Cc:** Kayann Chambers <chambers@dc-law.net>
> **Subject:** RE: Doe v. Lyft - Driver's Last known address and contact information.
> **Importance:** High
>
> Chris,

Just following up on our last conversation. First, I still need the driver's contact information. Second, I propose Joan Zeldon as a mediator. Please let me hear from you asap.
Thanks,
Joe





**From:** Joe Cammarata
**Sent:** Thursday, July 27, 2023 10:49 AM
**To:** Christopher Williams <CWilliams@sheppardmullin.com>
**Cc:** Kayann Chambers <chambers@dc-law.net>
**Subject:** RE: Doe v. Lyft - Driver's Last known address and contact

information.

Chris,

Thanks for your call this morning. I am confirming I told you that the Detective investigating the matter was able to obtain the driver's contact information directly from Lyft. Further, my client is agreeable to your suggestion of early mediation. We will provide you with some names of suggested mediators.
Thanks,
Joe





**From:** Joe Cammarata
**Sent:** Wednesday, July 26, 2023 4:47 PM
**To:** Christopher Williams <CWilliams@sheppardmullin.com>
**Cc:** Kayann Chambers <chambers@dc-law.net>
**Subject:** RE: Doe v. Lyft - Driver's Last known address and contact

information.
**Importance:** High

Chris,

I hope you had a nice vacation.

I just left you a message. Please call me. I again ask you to provide me with the last known address and contact information of the Lyft driver involved in this matter. I understand Lyft may want to keep it confidential, and I agreed to do so. If I do not get voluntary cooperation, then I will ask the court to permit a preliminary deposition of Lyft to obtain that information. I trust that will not be necessary.

I look forward to hearing from you no later than Monday, July 31 with the address and contact information.

Thanks,

Joe





**From:** Christopher Williams <CWilliams@sheppardmullin.com>
**Sent:** Thursday, July 13, 2023 2:34 PM
**To:** Joe Cammarata <joe@dc-law.net>
**Cc:** Kayann Chambers <chambers@dc-law.net>
**Subject:** Doe v. Lyft - Consent to the Motion to Extend the time to

Respond

Hi Joe,

This is to confirm our conversation that you don't oppose our motion for an extension of time to answer or otherwise respond until August 9, 2023. Thanks again for reaching out today, looking forward to working with you.

Best,
Chris

**Christopher R. Williams** | Associate
+1 202-747-3275 | direct
CWilliams@sheppardmullin.com | Bio

## SheppardMullin

2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main
www.sheppardmullin.com | LinkedIn | Twitter

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.