```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

JANE DOE,                        )
                                 )
        Plaintiff,               )
                                 )
        vs.                      ) Civil No. 1:23-cv-02006-APM
                                 )
LYFT, INC., et al.,              )
                                 )
        Defendant.               )
_____)
```

### ORDER

Upon consideration of Plaintiff's Consent Motion to Extend the Time for Service Upon Defendant Naoufal Jellali, it is this _____ day of August, 2023;

**ORDERED,** that Plaintiffs' Consent Motion to Extend the Time for Service Upon Defendant Naoufal Jellali is **GRANTED,** and it is further

**ORDERED,** that Plaintiff shall have sixty (60) days from the date of this Order to serve process and file proof of service upon the Defendant Naoufal Jellali.

_____
U.S. DISTRICT COURT JUDGE