IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> vs. <br><br> LYFT, INC., et al., <br><br> Defendants. | Civil Action No. 1:23-cv-02006-APM |

**JOINT STIPULATION TO STAY THE CASE PENDING MEDIATION**

Plaintiff Jane Doe and Defendant Lyft, Inc. (collectively, the "Parties"), hereby submit this joint motion and stipulation to stay the above-captioned action pending mediation by the Parties.

In support thereof, the Parties state as follows:

1. Plaintiff filed this action in the Superior Court for the District of Columbia, Civil Division (the "State Court Action"). Lyft was served in the State Court Action on June 21, 2023.

2. On July 12, 2023, Lyft timely removed the State Court Action to this Court.

3. At the time of the filing of this Stipulation, Defendant Naufal Jellali has not yet been served and this Court has extended Plaintiff's time to serve Defendant Jellali until October 24, 2023. *See* ECF No. 12.

4. On August 28, 2023, in accordance with LCvR 16.3 and Fed. R. Civ. P. 26(f), the parties conferred, and discussed all matters in accordance with both federal and local rules. Subsequently, the parties reached an agreement to stipulate to a stay pending mediation and avoid initial disclosures and formal discovery. The parties further agreed to engage in an informal exchange of information to assist in the success of the mediation.

5.   On September 8, 2023, the Court issued a Summons to serve Defendant Jellali, and the Plaintiff has since been working to perfect service.

6.   The Parties have scheduled a private mediation with the Honorable Richard Levie to be conducted on October 25, 2023, in an effort to resolve this matter in its entirety.

7.   In light of the upcoming mediation, the Parties prefer to stay all litigation in this matter, except for service on Defendant Jellali and the filing of the Fed. R. Civ. P. 26(f) Joint Report being filed simultaneously with this Stay, but, including discovery, so that they may focus their time and resources in preparation for mediation and to resolve this matter.

8.   Parties further propose that, in the event that the mediation is unsuccessful, the Parties shall file an amended joint status report on or before one week after the conclusion of the mediation to advise the Court as to the status of the Parties' mediation efforts and/or whether and how a new case schedule should be entered (including setting new deadlines for conducting fact depositions, pursuing and concluding document discovery, and conducting expert discovery).

9.   A stay of the litigation pending mediation would promote economy of time, effort, and resources of the Court and the Parties, and permit the Parties to focus their efforts on the mediation in the aim of reaching a successful result.

10.   A stay pending mediation will save the Parties the expense of, at minimum, further discovery, raising and litigating outstanding discovery issues, conducting fact depositions, and conducting expert discovery, in addition to preparing dispositive motions and responses and preparing for trial — all of which would be rendered moot by a successful mediation.

11.   A stay under the current circumstances would also promote judicial efficiency and appropriately marshal judicial resources of the Court.  For clarity, the proposed stay would not

-3-

preclude any mutually-agreed-upon informal discovery produced by the Parties prior to or in connection with the mediation.

12. The Parties therefore propose and ask the Court to order a stay of the action pending mediation, vacate the initial scheduling conference, and toll all deadlines including deadlines related to discovery served by the parties.

13. The Parties, through counsel, hereby stipulate and respectfully jointly move this Court to so-order this Proposed Order.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and/or their respective counsel(s) that the Parties will enter into a stay pending and in order to conduct private mediation.

Dated: September 11, 2023    Respectfully submitted,

| | |
|---|---|
| **CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.** | **SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP** |
| By: /s/ Kayann S. Chambers<br>Joe Cammarata (D.C. Bar No. 389254)<br>Kayann Chambers (D.C. Bar No. 241462)<br>1232 17th St. NW<br>Washington, D.C. 20036<br>T: (202) 659-8600<br>joe@dc-law.net<br>chambers@dc-law.net<br><br>*Attorneys for Plaintiff* | By: /s/ Denise E. Giraudo<br>Denise E. Giraudo (DC Bar No. 499348)<br>Christopher R. Williams (DC Bar No. 1048020)<br>2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, D.C. 20006<br>T: (202) 747-1906<br>dgiraudo@sheppardmullin.com<br>cwilliams@sheppardmullin.com<br><br>*Attorneys for Defendant Lyft, Inc.* |