IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Civil Action No. 1:23-cv-02006-APM |
| LYFT, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Stipulation it is hereby **ORDERED** on this _____ day of _____, 2023 that the case is STAYED pending mediation**;**

It is further ORDERED that the parties shall file a joint status report on or before one week after the conclusion of the mediation.

**SO ORDERED.**

_____
The Honorable Amit P. Mehta
United States District Court Judge