# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| LYFT, INC., et al., | ) Civil Action No. 1:23-cv-02006-APM |
| Defendants. | ) ) ) ) ) |

## ORDER

Upon consideration of the Parties' Stipulation it is hereby **ORDERED** on this _____ day of _____, 2023 that the case is STAYED pending mediation**;**

It is further ORDERED that the parties shall file a joint status report by **November 1, 2023**, which updates the court on the status of mediation.

**SO ORDERED.**

_____
The Honorable Amit P. Mehta
United States District Court Judge