# AFFIDAVIT OF SERVICE

| Case: 1:23-cv-02006-APM | Court: United States District Court for the District of Columbia | County: District of Columbia, DC | Job: 9548656 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Jane Doe | | **Defendant / Respondent:** Lyft, Inc., et al. | |
| **Received by:** CPI - Columbia Process and Investigative Services LLC | | **For:** Chaikin, Sheman, Cammarata & Siegel | |
| **To be served upon:** Naoufal Jellali | | | |

I, Brandi Eberhart, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Naoufal Jellali, 3701 S George Mason Drive, Falls Church, VA 22041
**Manner of Service:** Personal
**Documents:** Summons in a Civil Action, Complaint, Plaintiff's Motion for Leave to Proceed Under Pseudonym and to Seal Exhibit A, Exhibits

**Additional Comments:**
On September 11, 2023 at 12:36 PM, I served the Defendant, Naoufal Jellali, the referenced documents at the referenced address.

Naoufal Jellali is a Light Brown Male with black hair. Mr. Jellali is approximately 5'9", 160 pounds, and in his 40's.

I do solemnly declare and affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____   9/12/23
Brandi Eberhart                                 Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

JANE DOE )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-02006-APM
)
LYFT, INC., et al., )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Naoufal Jellali
3701 S. George Mason Dr.
Apt. 2201 North
Falls Church, Virginia 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.
Joseph Cammarata, Esquire
Kayann S. Chambers, Esquire
1232 17th Street, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 09/08/2023

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*





