IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| LYFT, INC., et al., | ) | Civil Action No. 1:23-cv-02006-APM |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff Jane Doe and Defendant Lyft, Inc. respectfully submit this joint status report pursuant to this Court's September 12, 2023 Order (ECF No. 17).

On or around October 13, 2023, undersigned counsel met and conferred regarding additional time needed to prepare for mediation. The Parties agreed to postpone the October 25, 2023 mediation to permit further investigation of the claims asserted in the Complaint, and permit the parties to adequately prepare for mediation through informal discovery. Private mediation is currently set for December 5, 2023, and the Parties do not anticipate that the mediation will be further delayed.

Accordingly, the Parties respectfully request that this Court continue the stay issued on September 12, 2023 and direct the Parties to file a second Joint Status Report by December 12, 2023, after the conclusion of mediation.

-2-

Dated: November 1, 2023					Respectfully submitted,


							/s/ Denise E. Giraudo
							Denise E. Giraudo (DC Bar No. 499348)
							Christopher R. Williams (DC Bar No. 1048020)
							Sheppard Mullin Richter & Hampton LLP
							2099 Pennsylvania Avenue, NW, Suite 100
							Washington, D.C.  20006-6801
							Telephone: (202) 747-1906
							Facsimile:  (202) 747-3933
							dgiraudo@sheppardmullin.com
							cwilliams@sheppardmullin.com

							*Counsel for Defendant Lyft, Inc.*


							/s/ Joe Cammarata
							Joe Cammarata (D.C. Bar No. 389254)
							Kayann Chambers (D.C. Bar No. 241462)
							Chaikin, Sherman, Cammarata & Siegel, P.C.
							1232 17th St NW
							Washington, D.C. 200036
							joe@dc-law.net
							chambers@dc-law.net
							Tel: (202) 659-8600

							*Counsel for Plaintiff*