IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| LYFT, INC., et al., | ) | Civil Action No. 1:23-cv-02006-APM |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## JOINT STATUS REPORT

Plaintiff Jane Doe and Defendant Lyft, Inc. respectfully submit this joint status report pursuant to this Court's November 3, 2023 Minute Order.

The parties engaged in private mediation on December 5, 2023 and reached an agreement in principle to settle the claims asserted in the Complaint. The parties are continuing to negotiate the final terms of the settlement agreement, but anticipate that a final settlement will be reached and a stipulation of dismissal will be filed with the Court in the coming weeks.

Accordingly, the Parties respectfully request that this Court continue the stay issued on September 12, 2023.

-2-

Dated: December 19, 2023           Respectfully submitted,


                                   /s/ Denise E. Giraudo
                                   Denise E. Giraudo (DC Bar No. 499348)
                                   Christopher R. Williams (DC Bar No. 1048020)
                                   Sheppard Mullin Richter & Hampton LLP
                                   2099 Pennsylvania Avenue, NW, Suite 100
                                   Washington, D.C.  20006-6801
                                   Telephone: (202) 747-1906
                                   Facsimile:  (202) 747-3933
                                   dgiraudo@sheppardmullin.com
                                   cwilliams@sheppardmullin.com

                                   *Counsel for Defendant Lyft, Inc.*


                                   /s/ Joe Cammarata
                                   Joe Cammarata (D.C. Bar No. 389254)
                                   Kayann Chambers (D.C. Bar No. 241462)
                                   Chaikin, Sherman, Cammarata & Siegel, P.C.
                                   1232 17th St NW
                                   Washington, D.C. 200036
                                   joe@dc-law.net
                                   chambers@dc-law.net
                                   Tel: (202) 659-8600

                                   *Counsel for Plaintiff*