IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| LYFT, INC., et al., ) | Civil Action No. 1:23-cv-02006-APM |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jane Doe and Defendant Lyft, Inc., (the "Parties"), by and through their respective undersigned attorneys, hereby stipulate and agree that between them they have reached a settlement resolving all claims at issue in this case and that all claims for relief alleged by Plaintiff Jane Doe shall be dismissed with prejudice.

WHEREFORE, the Parties respectfully request that Civil Action No. 1:23-cv-02006-APM be dismissed with prejudice.

Dated: January 18, 2024						Respectfully submitted,

                                                           */s/ Denise E. Giraudo*
						Denise E. Giraudo (DC Bar No. 499348)
						Christopher R. Williams (DC Bar No. 1048020)
						Sheppard Mullin Richter & Hampton LLP
						2099 Pennsylvania Avenue, NW, Suite 100
						Washington, D.C.  20006-6801
						Telephone: (202) 747-1906
						Facsimile:  (202) 747-3933
						dgiraudo@sheppardmullin.com
						cwilliams@sheppardmullin.com

						*Counsel for Defendant Lyft, Inc.*


						*/s/ Joe Cammarata*
						Joseph Cammarata (D.C. Bar No. 389254)
						Kayann Chambers (D.C. Bar No. 241462)
						Chaikin, Sherman, Cammarata & Siegel, P.C.
						1232 17th St NW
						Washington, D.C. 200036
						joe@dc-law.net
						chambers@dc-law.net
						Tel: (202) 659-8600

						*Counsel for Plaintiff*