UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:23-cv-02006-APM |
| | ) |
| LYFT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL

Plaintiff, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the action against Defendant Naoufal Jellali, with prejudice.

Respectfully submitted,

CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.

*[signature]*

Joseph Cammarata
DC Bar No. 389254
Kayann S. Chambers
DC Bar No. 241462
1232 Seventeenth Street, N.W.
Washington, DC  20036
Tel: (202) 659-8600
Fax: (202) 659-8680
joe@dc-law.net
chambers@dc-law.net
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of January, 2024, a true copy of the foregoing Notice of Dismissal was served via CM/ECF upon:

Denise E. Giraudo, Esq.
Christopher R. Williams, Esq.
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
dgiraudo@sheppardmullin.com
CWilliams@sheppardmullin.com

                                                 Joseph Cammarata